COM.

v.

**STRANGE, J.**

**2770 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0001639–2016 (Philadelphia)

Affirmed

COM.

v.

**GIGGETTS, C.**

**2773 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0007804–2013 (Philadelphia)

Vacated/Remanded

COM.

v.

**VERDIER, N.**

**2910 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–0008626–2010 (Philadelphia)

Affirmed

COM.

v.

**KIEFER, B.**

**2925 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP-64-CR-0000199-2013 (Wayne)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**HOLLAND, A.**

**3020 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

CP–51–CR–1206741–2004 (Philadelphia)

Affirmed

**CARL, J.**

v.

**DOUGHERTY, L.**

**3464 EDA 2016**

Superior Court of Pennsylvania.

09/11/2017

2015–C–0317 (Lehigh)

Affirmed